**Exhibit B**

https://www.youtube.com/channel/UCMUmK-UgcMpsH31LKGSTLGA/about

https://www.reddit.com/r/WeAreTheMusicMakers/comments/g1pry9/atention_jake_p_noch_pro_music_rights_is_scam/

https://www.reddit.com/r/ProMusicRights/

https://www.reddit.com/r/ProMusicRights/comments/g47xii/jake_p_noch_ceo_of_pro_music_rights_who_helped/

https://www.reddit.com/r/WeAreTheMusicMakers/comments/g1pry9/atention_jake_p_noch_pro_music_rights_is_scam/

https://www.reddit.com/user/AggravatingEstimate9/comments/k74a6r/is_netsavingslink_by_jake_noch_legit/

https://www.reddit.com/r/Scams/comments/k749yf/is_netsavingslink_by_jake_noch_legit/

https://www.reddit.com/r/NetSavingsLink/comments/k74co1/is_pro_music_rights_by_jake_noch_legit/

https://www.reddit.com/r/ProMusicRights/comments/g47xii/jake_p_noch_ceo_of_pro_music_rights_who_helped/

https://www.reddit.com/r/WeAreTheMusicMakers/comments/g1pry9/atention_jake_p_noch_pro_music_rights_is_scam/

https://gate.sc/?url=https%3A%2F%2Fwww.reddit.com%2Fr%2FProMusicRights%2Fcomments%2Fg47xii%2Fjake_p_noch_ceo_of_pro_music_rights_who_helped%2F&token=c6f79e-1-1609857221151

https://www.reddit.com/r/NetSavingsLink/

https://musicrightswatch.wordpress.com/

https://musicrightswatch.wordpress.com/

https://www.pinterest.co.uk/pin/817825613560507362/

http://forum.zp.ua/tvorchestvo-i-hobbi/13373-sosa-entertainment-jake-noch-legit.html

https://soundcloud.com/pro-music-rights

https://soundcloud.com/promusicrightscompany

https://investorshub.advfn.com/boards/profile.aspx?user=720301

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=160139682

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=159831070

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=159829819

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=159785101

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=159777242

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=158451113

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155916473

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155901736

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=155823139

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=153955394

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=153895382

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=153559964

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=153559648

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=153556606

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=153543822

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=152855433

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=152772459

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=152542838

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=151982674

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=151343803

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=151317315

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=150995829

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=150948644

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=150915341

https://investorshub.advfn.com/boards/read_msg.aspx?message_id=150716561

https://twitter.com/jakenochp

https://twitter.com/Markyma21983245/status/1229414211350155264?s=20

https://twitter.com/Markyma21983245/status/1229381281147969536?s=20

https://twitter.com/Markyma21983245

https://twitter.com/Markyma21983245/status/1223233289378463746?s=20

https://twitter.com/Parasauroloph13/status/1199781511492505601?s=20

https://twitter.com/Rhamphoryncus/status/1238085253517979648?s=20

https://twitter.com/Rhamphoryncus

https://twitter.com/Rhamphoryncus/status/1268118526839214081?s=20

https://twitter.com/Rhamphoryncus/status/1267395735726755842?s=20

https://twitter.com/Rhamphoryncus/status/1238143218501521411?s=20